# IN THE UNITED STATES DISTRICT COURT FOR THE

# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DEWAYNE RASMUSSEN, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. CIV-05-533-T |
| ) | |
| WALTER DINWIDDIE, Warden, *et al.*, ) | |
| ) | |
| Respondents. ) | |

## **JUDGMENT**

Pursuant to the Order entered this date, Petitioner's request for relief under 28 U.S.C. §2241 is DISMISSED.

Entered this  5th  day of July, 2005.

_____
RALPH G. THOMPSON
UNITED STATES DISTRICT JUDGE